

# NUMBER 13-07-612-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LUCAS MORIN,                                                    Appellant,

v.

THE STATE OF TEXAS,                                            Appellee.

### On Appeal from the 156th District Court
### of Bee County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Memorandum Opinion Per Curiam

Appellant, Lucas Morin, attempts to appeal his conviction for bail jumping and failure to appear. The trial court has certified that this "is a plea-bargain case, and the defendant has NO right of appeal." The trial court further certified that appellant waived his right to appeal. *See* TEX. R. APP. P. 25.2(a)(2).

On November 8, 2007, this Court notified appellant's counsel of the trial court's certification and ordered counsel to: (1) review the record; (2) determine whether appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certification.

On January 17, 2008, counsel filed a letter brief with this Court. Counsel's response does not establish that the certification currently on file with this Court is incorrect or that appellant otherwise has a right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, this appeal is DISMISSED. Any pending motions are denied as moot.

PER CURIAM

Do not publish.
TEX.R.APP.P. 47.2(b)
Memorandum Opinion delivered and
filed this the 6th day of March, 2008.

2